UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24563-BLOOM/Otazo-Reyes

MARTHA PERDOMO DE MIRABEL,

    Plaintiff,

v.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, ECF No. [23], filed on February 16, 2022 ("Motion"). The Motion was previously referred to the Honorable Alicia M. Otazo-Reyes for a Report and Recommendations ("R&R"). *See* ECF No. [24]. On April 12, 2022, Magistrate Judge Otazo-Reyes issued an R&R, recommending that the Motion be granted in part and denied in part. *See* ECF No. [26]. The R&R states that the Parties shall file any objections within fourteen (14) days of the date of service of a copy of the R&R. *Id*. To date, the Parties have filed no objections, nor have the Parties sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court, therefore, agrees with the analysis in the R&R and concludes that the Motion must be granted in part and denied in part for the reasons set forth therein.

Case No. 20-cv-24563-BLOOM/Otazo-Reyes

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [26]**, is **ADOPTED**.

2. The Motion, **ECF No. [23]**, is **GRANTED IN PART AND DENIED IN PART**.

    a. Attorney's fees in the amount of **$882.20**, plus costs in the amount of **$400.00**, are awarded to Plaintiff.

    b. The total award amount of **$1,282.20** is to be made payable to Plaintiff's counsel, unless Plaintiff owes a federal debt, in which case any payment shall be made payable directly to Plaintiff and delivered to Plaintiff's counsel.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 27, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2